ERNA GEHM, Respondent, v. YELLOW TAXI CORPORATION, Appellant, and JAMES J. SHANLEY, Defendant.— Plaintiff, a passenger in a taxicab, was injured in a collision between the taxicab in which she was riding and another car. The taxicab was going in a westerly direction. The other car, coming in an easterly direction, swung to the left in order to pass a truck, and thus came into collision with the taxicab. The jury rendered a verdict in favor of plaintiff against both defendants. The determination against defendant Yellow Taxi Corporation was against the

weight of the evidence. Judgment as to defendant Yellow Taxi Corporation reversed on the law and the facts and a new trial granted, with costs to appellant to abide the event. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.